## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , *ex rel*.<br>JOHN P. RAYNOR,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RURAL UTILITIES<br>COOPERATIVE FINANCE<br>CORPORATION, NATIONAL RURAL<br>ELECTRIC COOPERATIVE<br>ASSOCIATION, RANDALL B.<br>JOHNSTON, DELOITTE TOUCHE USA,<br>LLP, SHELDON C. PETERSEN, JOHN J.<br>LIST, STEVEN L. LILLY, GLENN L.<br>ENGLISH, ERNST & YOUNG, LLP and<br>R. WAYNE STRATTON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:08CV48<br><br>ORDER |

This action was filed under seal pursuant to the False Claims Act.  On April 9, 2010 the United States filed a notice (Doc. 25) of its election to decline intervention.  *See* 31 U.S.C. § 3730(b)(4)(B).  The United States requests that the Relator's operative Complaint (Doc. 11)[1] and its Notice of Election to Decline Intervention (Doc. 25) be unsealed and that the seal be lifted as to all other matters occurring in this action after the date of this Order.

**IT IS ORDERED:**

1.   The relator's Second Amended Complaint (Doc. 11), the "Government's Notice of Election to Decline Intervention" (Doc. 25), and this Order shall be unsealed.  The court file shall be unsealed as to all documents filed **on or after April 9, 2010.**  All other documents filed in this case shall remain sealed.

2.   Pursuant to 31 U.S.C. § 3730(c)(3), the Relator, John P. Raynor, shall have the right to conduct this action.  Relator is given until and including **June 1, 2010** in which to effect service of summons and the Second Amended Complaint on all defendants.

---

[1]The operative pleading in this case is the Second Amended Complaint (Doc. 11).

    3.   Relator shall serve each defendant with copies of this Order and the Government's Notice of Election to Decline Intervention, ***but only after*** effecting service of summons and the Second Amended Complaint.

    4.   The parties shall serve all pleadings, motions, and notices of appeal (including supporting memoranda) upon the United States.  If the government so requests, it shall be supplied with copies of all deposition transcripts (at the government's expense).  The United States remains entitled to intervene in this action at any time, for good cause shown.  *See* 31 U.S.C. § 3730(c)(3)

    6.   If the Relator or the defendants propose that this action be dismissed, settled or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

    **DATED April 28, 2010.**

                    **BY THE COURT:**

                    **s/ F.A. Gossett**
                    **United States Magistrate Judge**