IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> JOHN P. RAYNOR, ) <br> ) <br>      **Plaintiff,** ) <br> ) <br> v. ) <br> ) Civil Action No. 8:08cv48 <br> NATIONAL RURAL UTILITIES ) <br> COOPERATIVE FINANCE CORPORATION, ) <br> NATIONAL RURAL ELECTRIC ) <br> COOPERATIVE ASSOCIATION, )    **Judge Laurie Smith Camp** <br> RANDALL B. JOHNSTON, )    **Magistrate Judge F. A. Gossett** <br> DELOITTE TOUCHE USA, LLP, ) <br> SHELDON C. PETERSEN, JOHN J. LIST, ) <br> STEVEN L. LILLY, GLENN L. ENGLISH, ) <br> ERNST & YOUNG, LLP, and ) <br> R. WAYNE STRATTON, ) <br> ) <br>      **Defendants.** ) | |

## **ORDER**

Upon consideration of Relator John P. Raynor's ("Relator") motion to file and serve an amended complaint (docket # 27), and the response of the United States thereto,

**IT IS ORDERED** that the motion is granted, in part, as follows:

1. Relator may file a Third Amended Complaint no later than **August 13, 2010.**

2. Relator shall provide a copy of the Third Amended Complaint to the United States at least fifteen (15) days before filing it with the Court;

3. If, within that fifteen (15) day period, the United States applies to the Court for an Order requiring the third amended complaint to be filed under seal and subject to the procedures set forth in 31 U.S.C. § 3730(b), Relator shall file the Third Amended Complaint under seal and not serve it on the defendants, pending further direction from the Court;

4. If the United States has not applied for such an Order within fifteen (15) days after receiving a copy of the third amended complaint from Relator, then Relator shall file the Third Amended Complaint and serve it on all defendants within thirty (30) days thereafter.

5. Relator's Motion to File under Seal (docket # 28) is granted to the extent allowed or required by paragraph 3, above.

**DATED June 15, 2010.**

                                        **BY THE COURT:**

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**