IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>*ex rel*, JOHN P. RAYNOR,       )<br>                              )<br>       **Relator,**            )<br>                              )<br>v.                             )<br>                              )<br>NATIONAL RURAL UTILITIES       )<br>COOPERATIVE FINANCE CORPORATION, )<br>NATIONAL RURAL ELECTRIC        )<br>COOPERATIVE ASSOCIATION,       )<br>RANDALL B. JOHNSTON, DELOITTE  )<br>TOUCHE USA, LLP, SHELDON C.    )<br>PETERSEN, JOHN J. LIST, STEVEN L. )<br>LILLY, GLENN L. ENGLISH,       )<br>                              )<br>       **Defendants.**         ) | CASE NO. 8:08-CV-48<br><br>ORDER |

This matter is before the court on the motion of Relator, John P. Raynor, for additional time to file and serve his Third Amended Complaint. Upon the representation that counsel for the United States agrees to the extension, and for good cause shown,

**IT IS ORDERED** that the motion (Filing 34) is granted as follows:

1. Relator may have until no later than **August 16, 2010** to prepare a file-ready Third Amended Complaint and to furnish the file-ready Third Amended Complaint to the Department of Justice;

2. Relator shall file the Third Amended Complaint on September 2, 2010 and serve it on all defendants within thirty (30) days thereafter;

3. If, within the time period between August 16, 2010 and September 2, 2010, the United States applies to the Court for an Order requiring the Third Amended Complaint to be

filed under seal and subject to the procedures set forth in 31 U.S.C. § 3730(b), Relator shall file the Third Amended Complaint under seal and not serve it on the Defendants, pending further direction from the Court;

      4. If the United States has not applied for such an Order within the designated time period after receiving a copy of the file-ready Third Amended Complaint from the Relator, then Relator shall file the Third Amended Complaint on September 2, 2010 and serve it on all Defendants within thirty (30) days thereafter, pursuant to paragraph "2" above.

**DATED August 5, 2010.**

      **BY THE COURT:**

      s/ F.A. Gossett
      **United States Magistrate Judge**