# UNITED STATES DISTRICT COURT
*District of Nebraska*

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 OCT 26 AM 10: 45

OFFICE OF THE CLERK

UNITED STATES OF AMERICA, *ex rel,*
JOHN P. RAYNOR,

Case No. 8:08-cv-48

      Relator,

v.

NATIONAL RURAL UTILTIES COOPERATIVE
FINANCE CORPORATION, et al.,

Appearing on behalf of:   National Rural Utilities

      Defendant.

## APPLICATION FOR ADMISSION PRO HAC VICE

I, Jonathan L. Diesenhaus, do hereby certify that I have been enrolled as a member of the District of Columbia Court of Appeals and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

| | |
|---|---|
| Hogan Lovells US LLP (Law Firm) | 423753 |
| 555 13th Street, N.W. (Mailing Address) | (Bar Code if Bar Applicable) |
| Washington, DC 20004 (City, State, Zip) | |
| ofc: 202-637-5416; fax: 202-637-5910 (Telephone/Fax Number) | |

I, Jonathan L. Diesenhaus, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED: 10/22/10 , 2010.

(Signature of Petitioner)

===

**(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)**

I hereby certify that the petitioner is a member of the highest court of the state of ___ ___ as certified by the petitioner above. DATED this ___ day of ___, 2010.

      **Clerk of the Supreme Court of the**
      **State of** _____

**PLEASE SEE ENCLOSED CERTIFICATE OF GOOD STANDING**

_____
(Please sign name)

_____
(Please print name)

===

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this 26th day of Oct. , 2010

*Kamala Brewst*
Deputy Clerk

COPIES MAILED ON 10/26/10 @ counter

ECF



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

JONATHAN L. DIESENHAUS

was on the 9TH day of MAY, 1990 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 22, 2010.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk