# UNITED STATES DISTRICT COURT
### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 OCT 26 PM 12: 07

OFFICE OF THE CLERK

United States of America,

ex rel. John P. Raynor, Plaintiff,

Case No: 8:08-00048-LSC-CRZ

v.

National Rural Utilities Cooperative Finance Corporation, et al., Defendant.

Appearing on behalf of: National Rural Electric Cooperative Association AND Glenn L. English

## APPLICATION FOR ADMISSION PRO HAC VICE

I, James K. Nichols, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Minnesota and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

DORSEY & WHITNEY LLP (Law Firm)
Suite 1500, 50 S. 6th St. (Mailing Address)
Minneapolis, MN 55402-1498 (City, State, Zip)
612-340-2600 (Telephone/Fax Number)

0388096 (MN) (Bar Code if Bar Applicable)

I, James K. Nichols, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this 25 day of October, 20 10

(Signature of Petitioner)

=======================================================================

(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)

I hereby certify that the petitioner is a member of the highest court of the state of _____ as certified by the petitioner above. DATED this ____ day of _____, 20__.

Clerk of the Supreme Court of the
State of _____

(Please sign name)

(Please print name)

PLEASE SEE ATTACHED ORIGINAL CERTIFICATE OF GOOD STANDING.

=======================================================================

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska for this case only.

DATED this 26th day of October, 2010

(Deputy Clerk)

COPIES MAILED ON 10/26/10 @ counter

Last update 01/13/09

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JAMES KEY NICHOLS

October 26, 2007

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

Given under my hand and seal of this court on

October 20, 2010

*Frederick K. Grittner*
Frederick K. Grittner
Clerk of Appellate Courts