# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, *ex rel*, JOHN P. RAYNOR | ) ) ) | Case No. 8:08-CV-48 |
| Relator | ) ) ) | |
| v. | ) ) ) | |
| NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION, NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, SHELDON C. PETERSEN, JOHN J. LIST, STEVEN L. LILLY, GLENN L. ENGLISH, DELOITTE TOUCHE USA, LLP, RANDALL B. JOHNSTON, ERNST & YOUNG LLP, MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., THE MCGRAW HILL COMPANIES, INC., FITCH, INC., FITCH RATINGS, LTD. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CORPORATE DISCLOSURE OF ERNST & YOUNG, LLP** |
| Defendants. | ) | |

## DISCLOSURE OF CORPORATE AFFILIATIONS,
## FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Defendant Ernst & Young LLP (a private non-governmental party) makes the following disclosures concerning companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

{1309582.1}

☐ This party has parent corporations

    If yes, identify all parent corporations, including grandparent and greatgrandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:  **This party is a limited liability partnership with approximately 2,300 individual members and no corporate members**.

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Dated:  October 26, 2010                  Respectfully submitted,

                                                         /s/ Andrew D. Strotman
                                        Andrew D. Strotman - #18406
                                        CLINE WILLIAMS WRIGHT JOHNSON &
                                          OLDFATHER, L.L.P.
                                        233 South 13th Street, Suite 1900
                                        Lincoln, Nebraska 68508-2095
                                        (402) 474-6900
                                        *Counsel for Ernst & Young LLP*

## CERTIFICATE OF SERVICE

I, Andrew D. Strotman, hereby certify that on this 26th day of October, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

/s/ Andrew D. Strotman
Andrew D. Strotman - #18406