FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 OCT 26 PM 1:40

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
*District of Nebraska*

United States of America,
ex rel, John P. Raynor, Plaintiff,

v.

National Rural Utilities Cooperative Finance Corporation, et al., Defendant.

Case No: 8-08-CV-48

Appearing on behalf of: John P. Raynor

## APPLICATION FOR ADMISSION PRO HAC VICE

I, Alexander Angueira, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Florida and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

Alexander Angueira PLLC (Law Firm)
7301 S.W. 57th Ct., Ste 515 (Mailing Address)         (Bar Code if Bar Applicable)
South Miami, FL 33143 (City, State, Zip)
(Telephone/Fax Number)

I, Alexander Angueira, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this 22nd day of October, 2010.

(Signature of Petitioner)

================================================================

(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)  Florida Bar Certificate Attached

I hereby certify that the petitioner is a member of the highest court of the state of _____ as certified by the petitioner above. DATED this ___ day of _____, 20__.

Clerk of the Supreme Court of the
State of _____

_____
(Please sign name)

_____
(Please print name)

================================================================

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska for this case only.

DATED this 26th day of Oct, 2010.

(Deputy Clerk) Kamala B Jawoff

COPIES MAILED ON 10/26/10
Last update 01/13/09



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida        )

County of Leon          )

In Re:   716091
         Alexander Angueira
         Alexander Angueira PLLC
         7301 S.W. 57th Ct., Ste. 515
         South Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 3, 1987.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 18th day of October, 2010.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLM1:R10