<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* JOHN P. RAYNOR,<br><br>            Relator,<br><br>v.<br><br>NATIONAL RURAL UTILITIES<br>COOPERATIVE FINANCE CORPORATION,<br>*et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:08-CV-48 |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), National Rural Utilities Cooperative Finance Corporation, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐   This party is an individual.

☐   This party is a publicly held corporation or other publicly held entity.

☐   This party has parent corporations

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐   Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

☒ This party is a non-stock, not-for-profit, member-owned finance cooperative organization.

Respectfully submitted this 27th day of October, 2010.

        NATIONAL RURAL UTILITIES
        COOPERATIVE FINANCE
        CORPORATION, Defendant.

        By: */s/ Thomas J. Culhane*
           Thomas J. Culhane - #10859
           ERICKSON | SEDERSTROM
           10330 Regency Parkway Drive, Suite 100
           Omaha, NE 68114-3761
           Telephone: (402) 397-2200
           Facsimile: (402) 390-7137
           culhane@eslaw.com

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

## CERTIFICATE OF SERVICE

It is hereby certified that on October 27, 2010, the foregoing Disclosure of Corporate Affiliations, Financial Interest, and Business Entity Citizenship was filed with the Clerk of the Court using the CM/ECF filing system, which sent notification of such filing to the following:

**Counsel for United States:**
Jeffrey A. Toll – jeffrey.toll@usdoj.gov
Laurie A. Kelly – laurie.kelly@usdoj.gov

**Counsel for Relator:**
Richard J. Rensch – badlands6969@yahoo.com

**Counsel for Defendant National Rural Electric Cooperative Association:**
Michael K. Huffer – mhuffer@ctagd.com
Terry J. Grennan – tgrennan@ctagd.com

**Counsel for Defendants Deloitte Touche USA LLP and Johnston:**
Michael L. Schleich - mschleich@fslf.com

**Counsel for Defendant Glenn L. English:**
Michael K. Huffer – mhuffer@ctagd.com
Terry J. Grennan – tgrennan@ctagd.com

**Counsel for Defendant Ernst & Young:**
Andrew D. Strotman – astrotman@clinewilliams.com

**Counsel for Defendant Fitch, Inc.:**
Edward G. Warin – Edward.Warin@kutakrock.com
Matthew M. Enenbach – matthew.enenbach@kutakrock.com
Thomas J. Kenny – thomas.kenny@kutakrock.com

**Counsel for Defendant Moody's:**
James P. Fitzgerald – jfitzgerald@mcgrathnorth.com

**Counsel for Defendant McGraw-Hill:**
William M. Lamson Jr. – wlamson@ldmlaw.com

**Counsel for Defendants National Rural Utilities, Lilly, List and Petersen:**
Thomas J. Culhane – culhane@eslaw.com
Jonathan L. Diesenhaus – jonathan.diesenhaus@hoganlovells.com

and I hereby certify that on October 27, 2010 I have caused to be mailed by United States Postal Service the document to the following non-CM/ECF participants:

Alexander Angueira
Angueira Law Firm
7301 SW 57th Court, Suite 515
South Miami, FL  33143

James Nichols
Michael A. Lindsay
Dorsey Whitney Law Firm
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498

/s/  Thomas J. Culhane