IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.*, JOHN P. RAYNOR | )<br>)<br>) | CASE NO. 8:08-CV-48 |
| Relator, | )<br>) | |
| v. | )<br>) | |
| NATIONAL RURAL UTILITIES<br>COOPERATIVE FINANCE CORPORATION,<br>NATIONAL RURAL ELECTRIC<br>COOPERATIVE ASSOCIATION, SHELDON C.<br>PETERSEN, JOHN J. LIST, STEVEN L. LILLY<br>GLENN L. ENGLISH, DELOITTE TOUCHE<br>USA, LLP, RANDALL B. JOHNSTON, ERNST<br>&YOUNG LLP, MOODY'S CORP., MOODY'S<br>INVESTORS SERVICE, INC., THE MCGRAW<br>HILL COMPANIES, INC., FITCH, INC., FITCH<br>RATINGS, LTD. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DISCLOSURE OF CORPORATE<br>AFFILIATIONS, FINANCIAL<br>INTEREST, AND BUSINESS<br>ENTITY CITIZENSHIP** |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC* v. *Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), The McGraw-Hill Companies, Inc. ("McGraw-Hill"), makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

X This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

X      Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

          If yes, identify all such owners:  The only company that owns 10% or more of the stock of McGraw-Hill is Capital World Investors.

☐      Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

          If yes, identify all corporations or entities and the nature of their interest:

☐      This party is a limited liability company or limited liability partnership.

          If yes, identify each member of the entity and the member's state of citizenship:

☐      This party is an unincorporated association or entity.

          If yes, identify the members of the entity and their states of citizenship:

DATED THIS 29th day of October, 2010.

                              THE MCGRAW-HILL COMPANIES, INC.,
                              Defendant,

By:   /s/ William M. Lamson, Jr.
        William M. Lamson, Jr., 12374
        Anastasia Wagner, #22983
Of    LAMSON, DUGAN & MURRAY, LLP
        10306 Regency Parkway Drive
        Omaha, NE  68114
        (402) 397-7300 = office
        (402) 397-7824 = facsimile

        ITS ATTORNEYS

## CERTIFICATE OF SERVICE

   I hereby certify that on <u>October 29, 2010</u>, I electronically filed the foregoing Disclosure of Corporate Affiliations, Financial Interest, and Business Entity Citizenship with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Counsel for United States:**
Jeffrey A. Toll – jeffrey.toll@usdoj.gov
Laurie A. Kelly – laurie.kelly@usdoj.gov

**Counsel for Relator:**
Richard J. Rensch – badlands6969@yahoo.com

**Counsel for Defendant National Rural Electric Cooperative Association:**
Michael K. Huffer – mhuffer@ctagd.com
Terry J. Grennan – tgrennan@ctagd.com

**Counsel for Defendants Deloitte Touche USA LLP and Randall B. Johnston:**
Michael L. Schleich – mschleich@fslf.com

**Counsel for Defendant Glenn L. English:**
Michael K. Huffer – mhuffer@ctagd.com
Terry J. Grennan – tgrennan@ctagd.com

**Counsel for Defendant Ernst & Young:**
Andrew D. Strotman – astrotman@clinewilliams.com

**Counsel for Defendants Fitch, Inc. and Fitch Ratings, Ltd.:**
Edward G. Warin – Edward.Warin@kutakrock.com
Matthew M. Enenbach – matthew.enenbach@kutakrock.com
Thomas J. Kenny – thomas.kenny@kutakrock.com

**Counsel for Defendants Moody's Corp. and Moody's Investors Service, Inc. :**
James P. Fitzgerald – jfitzgerald@mcgrathnorth.com

**Counsel for Defendants National Rural Utilities Cooperative Finance Corporation, Steven L. Lilly, John J. List and Sheldon C. Petersen:**
Thomas J. Culhane – culhane@eslaw.com
Jonathan L. Diesenhaus – jonathan.diesenhaus@hoganlovells.com

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants:

Alexander Angueira
Angueira Law Firm
7301 SW 57th Court, Suite 515
South Miami, FL 33143

James Nichols
Michael A. Lindsay
Dorsey Whitney Law Firm
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Floyd Abrams and Tammy L. Roy
CAHILL GORDON & REINDEL llp
80 Pine Street
New York, NY  10005

                                                                s/ William M. Lamson Jr.

486497