IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN P. RAYNOR,<br><br>    Relator,<br><br>  v.<br><br>NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION, NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, SHELD C. PETERSEN, JOHN J. LIST, STEVEN L. LILLY, GLEEN L. ENGLISH, DELOITTE TOUCHE USA, LLP, RANDALL B. JOHNSTON, ERNST & YOUNG LLP, MOODY'S CORP., MOODY'S INFESTORS SERVICE, INC., FITCH, INC., and FITCH RATINGS, LTD.,<br><br>    Defendants. | Case No. 8:08-cv-0048 |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

  Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Fitch, Inc. makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☒ This party has parent corporations:

4827-5435-4951.1

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

Fitch Group, Inc.

[X] Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

Fimalac Services Financiers owns 60% of Fitch Group, Inc. Fimalac is a publicly held company traded on the Paris Bourse.

Hearst Ratings, Inc. owns 40% of Fitch Group, Inc. Hearst Ratings, Inc. is a privately held company.

[ ] Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

N/A  This party is a limited liability company or limited liability partnership.

N/A  This party is an unincorporated association or entity.

Dated this 31st day of October, 2010.

                FITCH, INC., Defendant

By: s/ Matthew M. Enenbach
   Edward G. Warin #14396
   Thomas J. Kenny #20022
   Matthew M. Enenbach #22891
   Kutak Rock LLP
   The Omaha Building
   1650 Farnam Street
   Omaha, NE  68102-2186
   (402) 346-6000

## CERTIFICATE OF SERVICE

  I hereby certify that on October 31, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

| | | |
|---|---|---|
| Laurie A. Kelly<br>laurie.kelly@usdoj.gov | Richard J. Rensch<br>badlands6969@yahoo.com | Michael L. Schleich<br>mschleich@fslf.com |
| Andrew D. Strotman<br>astrotman@clinewilliams.com | Jeffrey A. Toll<br>jeffrey.toll@usdoj.gov | Anastasia Wagner<br>awagner@ldmlaw.com |
| James P. Fitzgerald<br>jfitzgerald@mcgrathnorth.com | Michael Huffer<br>mhuffer@ctagd.com | Terry J. Grennan<br>tgrennan@ctagd.com |
| Thomas J. Culhane<br>culhane@eslaw.com | William M. Lamson<br>wlamson@ldmlaw.com | James K. Nichols<br>nichols.james@dorsey.com |
| Michael A. Lindsay<br>lindsay.michael@dorsey.com | Jonathan L. Diesenhaus<br>jonathan.diesenhaus@hoganlovells.com | |

              By: s/ Matthew M. Enenbach
                Matthew M. Enenbach