IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN P. RAYNOR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV48 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL RURAL UTILITIES | ) | ORDER |
| COOPERATIVE FINANCE, | ) | |
| Corporation, NATIONAL RURAL | ) | |
| ELECTRIC COOPERATIVE | ) | |
| ASSOCIATION, RANDALL B. | ) | |
| JOHNSTON, DELOITTE TOUCHE | ) | |
| USA, LLP, SHELDON C. PETERSEN, | ) | |
| JOHN J. LIST, STEVEN L. LILLY, | ) | |
| GLENN L. ENGLISH, ERNST & | ) | |
| YOUNG, LLP, MOODY'S CORP., | ) | |
| MOODY'S INVESTORS SERVICE, | ) | |
| INC., THE MCGRAW HILL | ) | |
| COMPANIES, INC., FITCH, INC., and | ) | |
| FITCH RATINGS, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the motion to unseal filed by defendants Steven L. Lilly, John J. List, National Rural Utilities Cooperative Finance, and Sheldon C. Petersen, (filing no. 81), is granted and the clerk shall unseal the Complaint, (filing no. 1), and Amended Complaint (filing no. 2).

DATED this 3rd day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge