IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2010 NOV 12 PM 2:45

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel, JOHN P. RAYNOR | Case No. 8:08-CV-48 |
| Relator (Plaintiff), | |
| v. | |
| NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION, ET AL. | Appearing on behalf of: Defendant, Ernst & Young, LLP |
| Defendants. | |

### APPLICATION FOR ADMISSION *PRO HAC VICE*

I, **Rebecca S. LeGrand**, do hereby certify that I have been enrolled as a member of the Bar of the **District of Columbia Court of Appeals** and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP    (Law Firm)
1801 K Street, N.W., Suite 411 L                               (Mailing Address)        493918
Washington, DC  20006                                          (City, State, Zip)       (Bar Code if Bar Applicable)
(202) 775-4500 - Main/202-775-4510 - Fax                       (Telephone/Fax Number)

I, **Rebecca S. LeGrand**, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

Dated: October 27, 2010                                    _____
                                                           (Signature of Petitioner)

==========================================================================

**(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)**

I hereby certify that the petitioner is a member of the highest court of the **District of Columbia** as certified by the petitioner above. DATED this 4th day of November, 2010.

Clerk of the District of Columbia Court of Appeals

Julio Castillo
(Please sign name)

JULIO CASTILLO
(Please print name)

==========================================================================

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counsel at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this 12th day of November, 2010.       _____
                                             (Deputy Clerk)

COPIES MAILED ON: 11/12/10