IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2010 NOV 12 PM 2:45

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*, JOHN P. RAYNOR )<br><br>Relator (Plaintiff), )<br><br>v. )<br><br>NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION, ET AL. )<br><br>Defendants. ) | Case No. 8:08-CV-48<br><br>Appearing on behalf of:<br>Defendant, Ernst & Young, LLP |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

I, **Lisa K. Hevlin**, do hereby certify that I have been enrolled as a member of the Bar of the **District of Columbia Court of Appeals** and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP    (Law Firm)
1801 K Street, N.W., Suite 411 L                              (Mailing Address)     988143
Washington, DC 20006                                          (City, State, Zip)   (Bar Code if Bar Applicable)
(202) 775-4500 - Main/202-775-4510 - Fax                      (Telephone/Fax Number)

I, **Lisa K. Hevlin**, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

Dated: October 27, 2010

_____
(Signature of Petitioner)

---

(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)

I hereby certify that the petitioner is a member of the highest court of the **District of Columbia** as certified by the petitioner above. DATED this 4th day of November, 2010.

Clerk of the District of Columbia Court of Appeals

_Julio Castillo_
(Please sign name)

JULIO CASTILLO
(Please print name)

---

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counsel at law in the United States District Court for the District of Nebraska **for this case only**.

DATED this 12th day of November, 2010.      _____
                                              (Deputy Clerk)

COPIES MAILED ON: 11/12/10