|  |  |  |
|---|---|---|
| **Denise M. Lucks**<br>**Clerk of Court** | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEBRASKA<br>OFFICE OF THE CLERK<br>www.ned.uscourts.gov | **M. Therese Bollerup**<br>**Chief Deputy Clerk** |

November 15, 2010

Gary A. Orseck
ROBBINS, RUSSELL LAW FIRM
1801 K Street, N.W. Suite 411L
Washington, DC 20006

RE:  Case No. 8:08cv48
     United States of America v. National Rural Utilities Cooperative Finance et a l

Dear Counsel:

Our records indicate that you are an attorney of record in the above-referenced case, which is managed on the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska.

Our records indicate that you have not:

_____Registered for admission to practice in this court, as required by NEGenR 1.7(d) or (f).

__X _Registered for the System, as required by NEGenR 1.3(a) and NEGenR 1.3(b)(1).

_____Paid the 2009/2010 biennial attorney assessment fee, as required by NEGenR 1.7(h).

The necessary form(s) is/are attached for your use in complying with this request. If the requested action is not taken within 15 days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. If you have already submitted the forms or taken the action required above, please disregard this letter. If you have any questions or concerns, please do not hesitate to contact our office.

                                        Sincerely,

                                        s/ Abby Ayodele
                                        Deputy Clerk

Enclosures                                                           Forms-Attorney_Letter
                                                                 Approved: February 25, 2008

United States District Court
District of Nebraska

# ELECTRONIC CASE FILING SYSTEM REGISTRATION FORM
### PLEASE TYPE

This form shall be used to register for accounts on the court's Case Management/Electronic Case Files (CM/ECF) system. Registered attorneys, pro se parties, and other participants will have privileges both to electronically submit documents and to view and retrieve electronic docket sheets and documents on the CM/ECF system. The following information is required for registration:

First/Middle/Last Name: _____

Last Four Digits of Social Security Number: _____

Attorney Bar # and State (If Applicable): _____

Firm Name (If Applicable): _____

Firm/Home Address: _____

_____

Voice Phone Number: _____

FAX Phone Number: _____

Internet E-Mail Address: _____

Additional E-Mail Address: _____

Does your E-mail Software support HTML messages?   Yes_____          No _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. The CM/ECF system is for use only in cases designated by the U.S. District Court for the District of Nebraska. The CM/ECF system may be used to file and view electronic documents, docket sheets, and notices.

2. <u>Each person desiring to file pleadings or other papers electronically must complete and sign a Registration Form</u>. An attorney/participant's password issued by the court, combined with the user's identification (login), serves as and constitutes the attorney/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If the attorney/participant suspects the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, the attorney/participant must immediately notify the court. The court will immediately delete the password from the CM/ECF system and issue a new password.

3. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper shall be signed by at least one attorney of record. If the party is not represented by an attorney, all papers shall be signed by the party. The electronic filing of a petition, pleading, motion, or other paper by an attorney or pro se party who is a registered participant in the CM/ECF system constitutes the signature of that attorney or pro se party under Federal Rule of Civil Procedure11.

4. Registration as a Filing User constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil

      Procedure 5(b)(2)(D), except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in Federal Rule of Civil Procedure 5(b)(2)(D) and 5(b)(3).

5.     A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required in addition to the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER Web site (http://pacer.psc.uscourts.gov).

6.     By this registration, the undersigned agrees to abide by all of the rules and regulations in the most recent General Order, and the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means* currently in effect and any changes or additions that may be made to such Administrative Procedures in the future. The administrative procedures are found on the court's Web site at http://www.ned.uscourts.gov/localrules/index.html.

Please return to:     U.S. District Court
                     District of Nebraska
                     Attn: ECF Registration
                     111 South 18th Plaza, Suite 1152
                     Omaha, NE 68102-1322

_____      _____
Date                                                                     Attorney/Participant Signature

Your login and password will be sent to you by the Office of the Clerk by regular, first-class mail. If you prefer to have your login/password sent to an address other than the one listed on page one of this form, please write the address in the space provided below:
Firm/Home Address:     _____

                               _____

                               _____