IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* JOHN P. RAYNOR<br><br>          Plaintiff,<br><br>v.<br><br>NATIONAL RURAL UTILITIES<br>COOPERATIVE FINANCE,<br>Corporation, et. al.,<br><br>          Defendants. | 8:08CV48<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED that the defendants' unopposed motion to alter the briefing schedule established by Nebraska Civil Rule 7.01, suspend the parties obligations under Fed. R. Civ. P. 26, and stay discovery pending resolution of dispositive motions, (filing no. 98), is granted and:

1)     Defendants shall file their response to the Third Amended Complaint on or before December 14, 2010.

2)     As to any motions to dismiss filed by the defendants in response to the Third Amended Complaint:

    a.     The defendants may adopt a single joint brief in support of positions common to all Defendants and also, if necessary, file separate, non-duplicative brief addressing issues specific to their position;

    b.     Relator shall file any opposition to the motions on or before February 14, 2011; and

    c.     Defendants shall file any replies in support of their motions on or before March 10, 2011.

3)     The parties' Rule 26 obligations are suspended and discovery is stayed pending resolution of defendants' anticipated dispositive motions.

November 15, 2010.                                        BY THE COURT:

                                                                      *s/ Cheryl R. Zwart*
                                                                      United States Magistrate Judge