# UNITED STATES DISTRICT COURT
*District of Nebraska*



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 NOV 19 AM 11: 29

OFFICE OF THE CLERK

UNITED STATES OF AMERICA, *ex rel,*
JOHN P. RAYNOR,
                  Relator,

Case No: 8:08-cv-48

v.

NATIONAL RURAL UTILITIES COOPERATIVE
FINANCE CORPORATION, *et al.*,
                  Defendant.

Appearing on behalf of: <u>Defendants National Rural Utilities Cooperative Finance Corporation, Steven L. Lilly, John J. List and Sheldon C Petersen</u>

## APPLICATION FOR ADMISSION PRO HAC VICE

I, Andrew C. Lillie, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Colorado and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

| | | |
|---|---|---|
| <u>Hogan Lovells US LLP</u> | (Law Firm) | <u>34555</u> |
| <u>1200 Seventeenth Street, Suite 1500</u> | (Mailing Address) | (Bar Code if Bar Applicable) |
| <u>Denver, CO 80202</u> | (City, State, Zip) | |
| <u>303-899-7300 (ofc) 303-899-7333 (fax)</u> | (Telephone/Fax Number) | |

I, Andrew C. Lillie, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this 4th day of November, 2010.

_____
(Signature of Petitioner)

=====================================================================

**(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)**

I hereby certify that the petitioner is a member of the highest court of the state of _____ as certified by the petitioner above. DATED this ___ day of _____, 20 __.

        **Clerk of the Supreme Court of the State of** _____

        _____
        **(Please sign name)**

        _____
        **(Please print name)**

=====================================================================

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this 19th day of Nov, 2010

_____
(Deputy Clerk)

COPIES MAILED ON 11/19/10.

\\DE - 082399/000038 - 472680 v1





STATE OF COLORADO, ss:

*I,* **Susan J. Festag**     *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

**ANDREW CHRISTOPHER LILLIE**

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* **19th** *day of* **May** *A. D.* **2003** *and that at the date hereof the said* **ANDREW CHRISTOPHER LILLIE** *is in good standing at this Bar.*

IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* **29th** *day of* **October** *A. D.* **2010**



**Susan J. Festag**
                                                                Clerk

By _Carla Trujillo_
                                                        Deputy Clerk