# UNITED STATES DISTRICT COURT
*District of Nebraska*

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 NOV 19 AM 11: 29

OFFICE OF THE CLERK

UNITED STATES OF AMERICA, *ex rel,*
JOHN P. RAYNOR,

          Relator,

v.

NATIONAL RURAL UTILITIES COOPERATIVE
FINANCE CORPORATION, *et al.*,

          Defendant.

Case No: 8:08-cv-48

Appearing on behalf of: Defendants National Rural Utilities Cooperative Finance Corporation, Steven L. Lilly, John J. List and Sheldon C Petersen

## APPLICATION FOR ADMISSION PRO HAC VICE

I, L. James Lyman, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Colorado and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

| | | |
|---|---|---|
| Hogan Lovells US LLP | (Law Firm) | 39448 |
| 1200 Seventeenth Street, Suite 1500 | (Mailing Address) | (Bar Code if Bar Applicable) |
| Denver, CO 80202 | (City, State, Zip) | |
| 303-899-7300 (ofc) 303-899-7333 (fax) | (Telephone/Fax Number) | |

I, L. James Lynam, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this 15 day of November, 2010.

                                      (Signature of Petitioner)

================================================================

**(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)**

I hereby certify that the petitioner is a member of the highest court of the state of _____ as certified by the petitioner above. DATED this ____ day of _____, 20__.

                          Clerk of the Supreme Court of the
                          State of _____

                          _____
                          (Please sign name)

                          _____
                          (Please print name)

================================================================

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this 19th day of Nov, 2010.

                                            (Deputy Clerk)

COPIES MAILED ON 11/19/10

\\DE - 082399/000038 - 472693 v1



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Lincoln James Lyman**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **24th** day of **October** A. D. **2007** and that at the date hereof the said **Lincoln James Lyman** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **29th** day of **October** A. D. **2010**

**Susan J. Festag**
Clerk

By *Carla Trujillo*
Deputy Clerk