# UNITED STATES DISTRICT COURT
*District of Nebraska*

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 DEC 10 AM 10: 15

OFFICE OF THE CLERK

*United States of America, ex rel, John P. Raynor*

                       Plaintiff,

                       Case No: 8:08-CV-48

v.

                       Appearing on behalf of: Moody's Investors Service, Inc. and Moody's Corp.

National Rural Utilities Cooperative Finance Corporation, National Rural Electric Cooperative Association, Sheldon C. Petersen, John J. List, Steven L. Lilly, Glenn L. English, Deloitte Touche USA, LLP, Randall B. Johnston, Ernst & Young LLP, Moody's Corp., Moody's Investors Service, Inc., The McGraw Hill Companies, Inc.; Fitch, Inc; Fitch Ratings, Ltd.

                       Defendants.

## APPLICATION FOR ADMISSION PRO HAC VICE

I, JAMES J. COSTER, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of New York and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

| | | |
|---|---|---|
| Satterlee Stephens Burke & Burke LLP | (Law Firm) | __2405256__ |
| 230 Park Avenue | (Mailing Address) | (Bar Code if Bar Applicable) |
| New York, New York 10169 | (City, State, Zip) | |
| (212) 818-9200/9606 | (Telephone/Fax Number) | |

I, JAMES J. COSTER, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America, so help me God.

DATED this 6th day of December, 2010.

                                              (Signature of Petitioner)

---

**(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)**

I hereby certify that the petitioner is a member of the highest court of the state of _____ as certified by the petitioner above. DATED this ____ day of _____, 20__.

                       **Clerk of the Supreme Court of the State of** _____

                       _____
                       (Please sign name)

                       _____
                       (Please print name)

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this 10th day of Dec, 2010

*Pamela B Jewett*
(Deputy Clerk)

COPIES MAILED ON 12/14/10 @ counter
Last update 01/13/09



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, **Matthew G. Kiernan**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **James Justin Coster** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 29th day of **January 1992**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on December 02, 2010.

*Matthew G. Kiernan*
Clerk of the Court