# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK

**Denise M. Lucks**
**Clerk of Court**

www.ned.uscourts.gov

**M. Therese Bollerup**
**Chief Deputy Clerk**

December 15, 2010

Roberta A. Kaplan
PAUL, WEISS LAW FIRM
1285 Avenue of the Americas
New York, NY 10019

RE:   Case No.  8:08cv48
      United States of America v. National Rural Utilities Cooperative Finance et al

Dear Counsel:

Our records indicate that you are an attorney of record in the above-referenced case, which is managed on the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska.

Our records indicate that you have not:

   __X__ Registered for admission to practice in this court, as required by NEGenR 1.7(d) or (f).

   __X__ Registered for the System, as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1).

   _____ Paid the 2009/2010 biennial attorney assessment fee, as required by NEGenR 1.7(h).

The necessary form(s) is/are attached for your use in complying with this request.  If the requested action is not taken within 15 days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order.  If you have already submitted the forms or taken the action required above, please disregard this letter.  If you have any questions or concerns, please do not hesitate to contact our office.

Sincerely,

s/ Tiwauna Lawrence
Deputy Clerk

Enclosures

Forms-Attorney_Letter
Approved: February 25, 2008

111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
Toll Free: (866) 220-4381

100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803
(402) 437-1900
Fax: (402) 437-1911
Toll Free: (866) 220-4379

# UNITED STATES DISTRICT COURT
*District of Nebraska*
## APPLICATION FOR ADMISSION TO PRACTICE
$150.00[1]

Provide case number if admission requested by court: _____

Appearing on behalf of: **_____**

I, _____, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of _____ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

**_____**
(Bar Code if Bar Applicable)

**_____**  (Law Firm or Federal Agency)
_____  (Mailing Address)
_____  (City, State, Zip)
_____  (Telephone/Fax Number)

I, _____, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this ____ day of _____, 20__.      _____
(Signature of Applicant)

========================================================================

**(This portion must be completed and signed by either the clerk of the highest court in any state in which the applicant is admitted to practice OR by a member of the Bar of the United States District Court for the District of Nebraska).**

I hereby certify that the applicant is of good moral character and a member of the highest court of the state of _____ as certified by the applicant above.  DATED this ____ day of _____, 20__.

**Clerk of the Supreme Court of the**
**State of _____**

**OR**

**Member of Bar, U.S. District Court**
**For the District of Nebraska**

_____
**(Please sign name)**

_____
**(Please print name)**

_____
**(Please sign name)**

_____
**(Please print name)**

**NE Bar Code # _____**

========================================================================

IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska.

DATED this ____ day of _____, 20__.      _____
(Deputy Clerk)

Last update 5/25/06                                    n:\proc\forms\attyadm.wpd

_____
[1] The $150.00 filing fee is waived for federal agency attorneys.

December 15, 2010
Page 3

# UNITED STATES DISTRICT COURT
*District of Nebraska*

_____, Plaintiff,

_____

v.

_____

_____, Defendant.

Case No:

Appearing on behalf of:

## APPLICATION FOR ADMISSION PRO HAC VICE

I, _____, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of _____ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

_____     (Law Firm)
_____
_____     (Mailing Address)          (Bar Code if Bar
Applicable)
_____     (City, State, Zip)
_____     (Telephone/Fax Number)

I, _____, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this _____ day of _____, 20__.

_____     (Signature of Petitioner)

================================================================================
**(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)**

I hereby certify that the petitioner  is a member of the highest court of the state of _____ as certified by the petitioner above.  DATED this _____ day of _____, 20__.

**Clerk of the Supreme Court of the State of** _____

_____
**(Please sign name)**
_____
**(Please print name)**

================================================================================

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

December 15, 2010
Page 4


DATED this _____ day of _____, 20__.
_____
                                                    (Deputy Clerk)

COPIES MAILED ON _____
Last update 01/13/09

United States District Court
District of Nebraska

# ELECTRONIC CASE FILING SYSTEM REGISTRATION FORM
## PLEASE TYPE

This form shall be used to register for accounts on the court's Case Management/Electronic Case Files (CM/ECF) system. Registered attorneys, pro se parties, and other participants will have privileges both to electronically submit documents and to view and retrieve electronic docket sheets and documents on the CM/ECF system.  The following information is required for registration:

First/Middle/Last Name: _____

Last Four Digits of Social Security Number:_____

Attorney Bar # and State (If Applicable)_____

Firm Name (If Applicable): _____

Firm/Home Address: _____

_____

Voice Phone Number: _____

FAX Phone Number:  _____

Internet E-Mail Address: _____

Additional E-Mail Address: _____

Does your E-mail Software support HTML messages?    Yes_____                    No _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.      The system is for use only in cases designated by the U.S. District Court for the District of Nebraska.  The system may be used to file and view electronic documents, docket sheets, and notices.

2.      Each person desiring to file pleadings or other papers electronically must complete and sign a Registration Form. An attorney/participant's password issued by the court, combined with the user's identification (login), serves as and constitutes the attorney/participant's signature.  Therefore, an attorney/participant must protect and secure the password issued by the court.  If the attorney/participant suspects the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, the attorney/participant must immediately notify the court. The court will immediately delete the password from the electronic filing system and issue a new password.

3.      Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper shall be signed by at least one attorney of record. If the party is not represented by an attorney, all papers shall be signed by the party. The electronic filing of a petition, pleading, motion, or other paper by an attorney or pro se party who is a registered participant in the Electronic Filing System constitutes the signature of that attorney or pro se party under Federal Rule of Civil Procedure11.

4.      Registration as a Filing User constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D);  (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil

Procedure 5(b)(2)(D), except with regard to service of a summons and complaint.  Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment.  Notice by electronic means is complete as set forth in Federal Rule of Civil Procedure 5(b)(2)(D) and 5(b)(3).

5.      A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center.  Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER.  A PACER login is required in addition to the password issued by the court.  To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

6.      By this registration, the undersigned agrees to abide by all of the rules and regulations in the most recent General Order, and the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means* currently in effect and any changes or additions that may be made to such Administrative Procedures in the future. The administrative procedures are found on the court's Web site at http://www.ned.uscourts.gov/localrules/index.html.

Please return to:      U.S. District Court
                       District of Nebraska
                       Attn: ECF Registration
                       111 South 18th Plaza, Suite 1152
                       Omaha, NE 68102-1322

_____          _____
Date                                      Attorney/Participant Signature

Your login and password will be sent to you by the Office of the Clerk by regular, first-class mail.  If you prefer to have your login/password sent to an address other than the one listed on page one of this form, please write the address in the space provided below:
Firm/Home Address:  _____

                    _____

                    _____