IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2010 DEC 17 PM 4: 22

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel*, JOHN P. RAYNOR | ) ) ) | Case No. 8:08-CV-48 |
| Relator (Plaintiff), | ) ) | |
| v. | ) ) | |
| NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION, ET AL. | ) ) ) | Appearing on behalf of: <br> Defendant, Ernst & Young, LLP |
| Defendants. | ) ) ) | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

I, **Lawrence S. Robbins**, do hereby certify that I have been enrolled as a member of the Bar of the **District of Columbia Court of Appeals** and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

| | | |
|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | (Law Firm) | |
| 1801 K Street, N.W., Suite 411 L | (Mailing Address) | 38805 |
| Washington, DC 20006 | (City, State, Zip) | (Bar Code if Bar Applicable) |
| (202) 775-4500 - Main/202-775-4510 - Fax | (Telephone/Fax Number) | |

I, **Lawrence S. Robbins**, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

Dated: _December 4_, 2010                    _____
                                              (Signature of Petitioner)

========================================================================

## PLEASE SEE THE ATTACHED
## CERTIFICATE OF GOOD STANDING

(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)

I hereby certify that the petitioner is a member of the highest court of the **District of Columbia** as certified by the petitioner above. DATED this ___ day of _____, 2010.

Clerk of the District of Columbia Court of Appeals

_____
(Please sign name)

_____
(Please print name)

========================================================================

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counsel at law in the United States District Court for the District of Nebraska **for this case only**.

DATED this _17th_ day of _December_, 2010.            _____
                                                       (Deputy Clerk)

COPIES ~~MAILED ON~~ *given at counter*

ECF



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

LAWRENCE S. ROBBINS

was on the 22ND day of SEPTEMBER, 1989 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 10, 2010.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk