FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 JAN -5 PM 3: 34

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
*District of Nebraska*

| | |
|---|---|
| United States of America, | Case No: 8:08-cv-00048-LSC-CRZ |
| Plaintiff, | Appearing on behalf of: Fitch, Inc. |
| v. | |
| National Rural Utilities Cooperative Finance, *et al.* | |
| Defendant. | |

## APPLICATION FOR ADMISSION PRO HAC VICE

I, Dominika Tarczynska, do hereby certify that I have been enrolled as a member of the Bar of the State of New York and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

| | | |
|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | (Law Firm) | |
| 1285 Avenue of the Americas | (Mailing Address) | (Bar Code if Bar Applicable) |
| New York, NY 10019-6064 | (City, State, Zip) | |
| (212) 373-3173/(212) 492-0173 | (Telephone/Fax Number) | |

I, Dominika Tarczynska, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this 23rd day of December, 2010.   _____
(Signature of Petitioner)

**(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)**

I hereby certify that the petitioner is a member of the highest court of the state of New York as certified by the petitioner above.  DATED this ____ day of New York, 2010.

Clerk of the Supreme Court of the
State of _____

_____
(Please sign name)

_____
(Please print name)



IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this 5th day of Jan, 2011.

_Amanda B. Jewett_ (Deputy Clerk)

COPIES MAILED ON 1/5/11.
Last update 01/13/09

4822-8434-0488.1

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## DOMINIKA NATALIA TARCZYNSKA

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on July 17, 2006, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

December 28, 2010

5147

Clerk of the Court