IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* JOHN P. RAYNOR, <br><br> Relator, <br><br> v. <br><br> NATIONAL RURAL UTILITIES <br> COOPERATIVE FINANCE <br> CORPORATION; <br> *et al.*, <br><br> Defendants. | Case No. 8:08-CV-48 <br><br><br><br> **MOTION TO WITHDRAW** <br> **L. JAMES LYMAN** |

L. James Lyman of Hogan Lovells US LLP, pursuant to D.NE.Gen.R. 1.3(f), submits this Motion to Withdraw L. James Lyman from the representation of Defendant National Rural Utilities Cooperative Finance Corporation ("National Rural" or "CFC"), and states as follows.

1.  Under D.NE.Gen.R. 1.3(f) an attorney of record may move for withdrawal from the representation of a party.

2.  L. James Lyman is one of the counsel for Defendant CFC. The undersigned counsel is resigning his association with Hogan Lovells US LLP effective January 14, 2011 to begin employment at the Arnold & Porter, LLP.

3.  CFC consents to the withdrawal of L. James Lyman and has requested that for the purposes of this litigation, Hogan Lovells US LLP remain their counsel of record. Jonathan L. Diesenhaus, Michael C. Theis, Andrew C. Lillie, and Jessica A. Black of Hogan Lovells US LLP will remain counsel of record for said Defendant.

2

4. No party will be prejudiced by the granting of this motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to Withdraw L. James Lyman as an attorney of record in this case.

Respectfully submitted this 14th day of January, 2011.

        HOGAN LOVELLS US LLP

        s/ L. James Lyman
        Michael C. Theis
        Andrew C. Lillie
        L. James Lyman
        Jessica A. Black
        1200 17th Street, Suite 1500
        Denver, Colorado 80202
        Tel:  303-899-7300
        Fax:  303-899-7333
        michael.theis@hoganlovells.com
        Andrew.lillie@hoganlovells.com
        james.lyman@hoganlovells.com
        jessica.black@hoganlovells.com

        s/ Jonathan L. Diesenhaus
        555 13th Street, NW, Suite 1300
        Washington, D.C.  20004
        (202) 637-5416
        Jonathan.diesenhaus@hoganlovells.com

        COUNSEL FOR DEFENDANT NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION

## CERTIFICATE OF SERVICE

It is hereby certified that on January 14, 2011, the foregoing Unopposed Motion to Withdraw L. James Lyman was filed with the Clerk of the United States District Court using the CM/ECF filing system, effecting service upon those parties presently entitled to notice:

| | |
|---|---|
| Anastasia Wagner | awagner@ldmlaw.com |
| Andrew D. Strotman | astrotman@clinewilliams.com |
| Edward G. Warin | Edward.Warin@kutakrock.com |
| Floyd Abrams | fabrams@cahill.com |
| Gary A. Orseck | gorseck@robbinsrussell.com |
| James J. Coster | jcoster@ssbb.com |
| James P. Fitzgerald | jfitzgerald@mcgrathnorth.com |
| James K. Nichols | Nichols.james@dorsey.com |
| James J. Regan | jregan@ssbb.com |
| Jeffrey A. Toll | Jeffrey.toll@usdoj.gov |
| Joshua M. Rubins | jrubins@ssbb.com |
| Laurie A. Kelly | laurie.kelly@udoj.gov |
| Lisa K. Helvin | lhelvin@robbinsrussell.com |
| Matthew M. Enenbach | matthew.enenbach@kutakrock.com |
| Michael A. Lindsey | Lindsay.michael@dorsey.com |
| Michael K. Huffer | mhuffer@ctagd.com |
| Michael L. Schleich | mschleich@fslf.com |
| Rebecca S. LeGrand | rlegrand@robbinsrussell.com |
| Richard J. Rensch | badlands6969@yahoo.com |
| Tammy L. Roy | troy@cahill.com |
| Terry J. Grennan | tgrennan@ctagd.com |
| Thomas J. Kenny | Thomas.kenny@kutakrock.com |
| William M. Lamson Jr. | wlamson@ldmlaw.com |

Notice and a copy of the Motion has been served by mailing the same by regular United States mail, postage prepaid, on January 14, 2011 to the following non-CM/ECF System users:

Alexander Angueira
Angueira Law Firm
7301 S.W. 57th Court, Suite 515
South Miami, FL  33143

John List
Steve Lilly
Sheldon Petersen
National Rural Utilities Cooperative Finance Corporation
c/o Roberta Aronoson.
2201 Cooperative Way
Herndon, VA 20171

                                        /s/  L. James Lyman_____
                                        L. James Lyman

\\\DE - 703698/000600 - 479217 v1