IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV48 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL RURAL UTILITIES COOPERATIVE FINANCE, Corporation, et. al, | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion to withdraw, (filing no. 148), filed by L. James Lyman as counsel for defendant National Rural Utilities Cooperative Finance Corporation is granted.

DATED this 19th day of January, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge