IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel, JOHN P. RAYNOR<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RURAL UTILITIES<br>COOPERATIVE FINANCE, et. al.,<br><br>Defendants. | 8:08CV48<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED that the motion to withdraw, (filing no. 150), is granted, and Rebecca S. LeGrand is hereby withdrawn as counsel of record for defendant Ernst & Young LLP.

DATED this 11th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge