IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN P. RAYNOR, <br><br> Relator, <br> V. <br><br> NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION, el al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 8:08-CV-48 |

RELATOR'S INDEX OF EXHIBITS
TO
RESPONSIVE BRIEF TO CFC'S MOTION TO DISMISS

**Exhibit One:**   *Jeffrey J. Prosser*, et al, v. *National Rural Utilities Cooperative Finance Corporation*, et al, V.I. Dis. Ct. Case No. 1:08 CV 107, Second Amended Complaint To Redress Violations Of The Racketeer Influenced And Corrupt Organizations Act

Relator is the "original source" within the meaning of 31 USC § 3130. The Exhibit supports that CFC's posturing to the contrary is not in good faith and contrary to the management of CFC personal knowledge.