IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* JOHN P. RAYNOR, | ) ) ) | CASE NO. 8:08CV48 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION, NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, RANDALL B. JOHNSTON, DELOITTE TOUCHE USA, LLP, SHELDON C. PETERSEN, JOHN J. LIST, STEVEN L. LILLY, GLENN L. ENGLISH, ERNST & YOUNG LLP, MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., THE MCGRAW HILL COMPANIES, INC., FITCH, INC., and FITCH RATINGS, LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion for Enlargement of Time (Filing No. 152). Under the altered briefing schedule, Plaintiff's responses to the Defendants' Motions to Dismiss were due on February 14, 2011, and the Defendants' replies must be filed on or before March 10, 2011. (Filing No. 105). Plaintiff has filed his brief in response to the Motion to Dismiss (Filing No. 117) filed by Defendant National Rural Utilities Cooperative Finance Corporation, but has not responded to the motions filed by the other Defendants. The Court has reviewed the Plaintiff's Motion and concludes that

granting it would be inconsistent with the objectives of the Civil Justice Reform Act of 1990, 28 U.S.C. §§ 471-482.  Accordingly,

1. Plaintiff's Motion for Enlargement of Time (Filing No. 152) is granted in part as follows:

    Plaintiff must file its response to the Defendants' Motions to Dismiss the Third Amended Complaint (Filing Nos. 119, 121, 123, 130, 132, 134), on or before February 18, 2011.

2. Plaintiff's Motion is otherwise denied;

3. Defendants shall file any reply briefs in support of their motions on or before March 10, 2011; and

4. No further extensions will be granted.

DATED this 15th day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge