IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATED OF AMERICA, *ex rel.*
JOHN RAYNOR,

               Plaintiff,

    vs.

NATIONAL RURAL UTILITIES
FINANCE CORPORATION, et al,

               Defendants.

**8:08CV48**


**ORDER**


IT IS ORDERED:

The motion to withdraw filed by Jessica A. Black of Hogan Lovells US LLP, as counsel of record on behalf of National Rural Utilities Cooperative Finance Corporation, Sheldon C. Petersen, John J. List, Steven L. Lilly ("Defendants"), (filing no. 181), is granted.

July 12, 2012.


BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge